No. 90–216. MOELLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–219. RIVERVIEW INVESTMENTS, INC., ET AL. v. OTTAWA COMMUNITY IMPROVEMENT CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–222. COOK ET AL. v. McCULLOUGH ET AL. Ct. App. Tenn. Certiorari denied.

No. 90–226. DAVIS v. CITY OF SPOKANE. Super. Ct. Wash., County of Spokane. Certiorari denied.

No. 90–227. ATWAL v. CITY OF RIVERSIDE. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 90–229. LLOYD v. LONG. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 90–230. EHRHARDT v. PENN MUTUAL LIFE INSURANCE CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–231. FLORIDA v. OWEN. Sup. Ct. Fla. Certiorari denied.

No. 90–233. RYANS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–234. CITY OF SEAFORD, DELAWARE v. DELMARVA POWER & LIGHT CO. Sup. Ct. Del. Certiorari denied.

No. 90–235. WASTE CONTRACTORS, INC. v. LAUDERDALE COUNTY COMMISSION ET AL. Sup. Ct. Ala. Certiorari denied.

No. 90–238. CITY OF DALLAS v. ROSENSTEIN. C. A. 5th Cir. Certiorari denied.

No. 90–241. RHODES v. NEBRASKA STATE BAR ASSN. Sup. Ct. Neb. Certiorari denied.

No. 90–242. DABNEY ET AL. v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.